AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bennett, Thomas B. | U.S. Bkr. Ct. for N.D. Ala. | 05/03/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

Robert S. Vance Federal Bldg.
505 20th Street North, Room 412
Birmingham, AL 35203

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bennett, Thomas B. | 05/03/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 01/04/11 | Trust--Trustee Fee (Gross sum w/o deduction for expenses) | $12,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Mason University Law & Economics | 01/22-01/26/11 | Tucson, AZ | CLE Program | Partial Transportation, lodging, partial meals |
| 2. | Northwestern University Jud. Ed. Program | 03/27-03/29/11 | Chicago, IL. | CLE Program | Transportation, lodging, partial meals. |
| 3. | Alabama State Bar | 06/09-06/12/11 | Destin, FL. | CLE Program | Transportation, lodging, partial meals. |
| 4. | National Conference of Bankruptcy Judges | 08/28-08/30/11 | Indianapolis, IN | Professional Association Acitivity | Transportation, lodging, meals |
| 5. | George Mason University Law & Economcis | 10/30-11/01/11 | Fairfax, VA | CLE Program | Partial transportation, lodging, partial meals. |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Bennett, Thomas B.** | 05/03/2012 |

| 6. | George Mason University Law & Economics | 11/13-11/15/11 | Fairfax, VA | CLE Program | Partial transportation, lodging, partial meals |
|---|---|---|---|---|---|
| 7. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bennett, Thomas B.** | 05/03/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bennett, Thomas B. | 05/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Regions Bank - deposit account | | None | J | T | | | | | |
| 2.  Compass Bank - deposit account | | None | | | Closed | 03/18/11 | J | | |
| 3.  Citizens Bank - deposit account | | None | J | T | | | | | |
| 4.  United Bank - deposit account | | None | J | T | | | | | |
| 5.  BB & T - deposit account | | None | J | T | Open | 03/10/11 | J | | |
| 6.  IRA: | | | | | | | | | |
| 7.  HilliardLyons Money Market | C | Dividend | M | T | Buy/Sell | Vari. | O | | See Note 1 Part VIII |
| 8. | | | | | Distributed (part) | 01/03/11 | K | | Distbn. To Judge |
| 9. | | | | | Distributed (part) | 01/05/11 | J | | Distbn. to Judge |
| 10. | | | | | Distributed (part) | 02/09/11 | J | | Distbn. to Judge |
| 11. | | | | | Distributed (part) | 05/24/11 | K | | Distbn. to Judge |
| 12. | | | | | Distributed (part) | 07/06/11 | J | | Distbn. to Judge |
| 13. | | | | | Distributed (part) | 07/08/11 | J | | Distbn. to Judge |
| 14.  LTC Properties Inc., 8.0%, pfd | B | Dividend | | | Redeemed | 04/25/11 | J | B | |
| 15.  Nat'l. City Capt. Tr. VI | B | Dividend | | | Sold | 08/08/11 | K | C | |
| 16.  Bristol Myers Squibb Co., common | A | Dividend | K | T | | | | | |
| 17.  Bank One Capt. Tr. III, 6.625%, pfd. | B | Dividend | | | Sold | 08/08/11 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bennett, Thomas B. | 05/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Public Storage, 6.18%, pfd. D | B | Dividend | K | T | | | | | |
| 19. Health Care REIT, Pfd., F | B | Dividend | K | T | | | | | |
| 20. Progress Energy Inc., common | B | Dividend | | | Sold | 08/08/11 | K | B | |
| 21. Wachovia Capt.Trust IV, Pfd. | B | Dividend | K | T | | | | | |
| 22. LTC Properties, common | B | Dividend | | | Sold | 08/08/11 | K | | |
| 23. Dayton Power & Light, common | A | Dividend | | | Sold | 04/20/11 | K | C | |
| 24. Universal Corp. VA, common | A | Dividend | | | Sold | 07/18/11 | K | | |
| 25. Valuevision Media Inc., ccommon | A | Dividend | | | Sold | 05/17/11 | K | D | |
| 26. Valuevision Media Inc., common | A | Dividend | K | T | Buy | 10/12/11 | K | | |
| 27. Regions Fin. Corp. Senior Note, 4.875%, 04/26/13 | B | Interest | | | Sold | 05/05/11 | L | C | |
| 28. Petrohawk Energy Corp., common | A | Dividend | | | Sold | 01/07/11 | K | A | |
| 29. Anadarko Petroleum Corp., common | A | Dividend | | | Buy | 01/03/11 | K | | |
| 30. | | | | | Sold | 02/01/11 | K | A | |
| 31. Nisource, Inc., common | A | Dividend | | | Buy | 01/13/11 | K | | |
| 32. | | | | | Sold | 08/08/11 | K | A | |
| 33. Park National Corp., common | B | Dividend | | | Buy | 02/02/11 | K | | |
| 34. | | | | | Sold | 08/08/11 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bennett, Thomas B. | 05/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Park National Corp., common | A | Dividend | | | Buy | 08/17/11 | K | | |
| 36. | | | | | Sold | 11/4/11 | K | B | |
| 37. Kimco Realty Corp., Pfd. H | A | Dividend | | | Buy | 02/15/11 | K | | |
| 38. | | | | | Sold | 07/14/11 | K | A | |
| 39. American Electric Power Co., Inc., common | A | Dividend | K | T | Buy | 04/26/11 | K | | |
| 40. Exelon Corp, common | A | Dividend | K | T | Buy | 04/26/11 | K | | |
| 41. First Energy Corp., common | A | Dividend | | | Buy | 04/26/11 | K | | |
| 42. | | | | | Sold | 08/08/11 | K | A | |
| 43. Omega Healthcare Investors Inc., common | A | Dividend | K | T | Buy | 08/31/11 | K | | |
| 44. Huntington Bankshares Inc., common | A | Dividend | | | Buy | 09/07/11 | J | | |
| 45. | | | | | Sold | 12/06/11 | J | A | |
| 46. BGC Partners Inc., common | A | Dividend | J | T | Buy | 10/12/11 | J | | |
| 47. Trust: | | | | | | | | | |
| 48. Neuberger & Berman Focus Fund-mutual fund | A | Dividend | J | T | | | | | |
| 49. HilliardLyons, Inc. Govt. Fund-money market | B | Dividend | M | T | Buy/Sell | Vari. | O | | See Note 2 Part VIII |
| 50. | | | | | Distributed (part) | 01/03/11 | J | | Distbn. to Beneficiary |
| 51. | | | | | Distributed (part) | 04/05/11 | J | | Distbn. to Beneficiary |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bennett, Thomas B. | 05/03/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Distributed (part) | 07/15/11 | J | | Distbn. to Beneficiary |
| 53. | | | | | Distributed (part) | 10/12/11 | J | | Distbn. to Beneficiary |
| 54. | | | | | Distributed (part) | 01/04/11 | J | | Payment of Trustee Fee |
| 55. Mineral Interest Hart #2 & Denmark #1, Marion County, WV | B | Royalty | J | T | | | | | |
| 56. Mineral Interest Hawker Wells, Marion Cty, WV | C | Royalty | J | T | | | | | |
| 57. Mineral Interest Speedway Play, Roane Cty., WV | | None | J | T | | | | | |
| 58. Bank One Cap. Tr. VI, 7.2%, pfd. | B | Dividend | K | T | | | | | |
| 59. First Bank Puerto Rico, 2.35%, CD, 09/04/12 | B | Interest | L | T | | | | | |
| 60. GE Money Bank, CD, 1.7%, 10/17/11 | A | Interest | | | Redeemed | 10/17/11 | K | A | |
| 61. LTC Property cum. pfd. F, 8% | A | Dividend | | | Redeemed | 04/25/11 | J | A | |
| 62. Nat"l City Cap.Tr. III, 6.625%, pfd. | B | Dividend | K | T | | | | | |
| 63. Peoples Bank of Wisconsin, 2.5%, CD, 09/04/13 | B | Interest | L | T | | | | | |
| 64. Republic Bank, 2.65%, CD, 07/13/12 | C | Interest | M | T | | | | | |
| 65. Republic Bank, 2.25%, CD, 09/17/12 | B | Interest | L | T | | | | | |
| 66. Sallie Mae Bank, 3.35%, CD, 05/28/13 | A | Interest | K | T | | | | | |
| 67. Saturns, Dayton PL Tr. II, 7.875%, pfd. | A | Dividend | | | Redeemed | 03/01/11 | K | A | |
| 68. Wachovia IX, 6.375%, pfd. | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bennett, Thomas B. | 05/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Bristol Myers Squibb Co., common | A | Dividend | | | Sold | 08/05/11 | J | A | |
| 70. Public Storage, Pfd. D | B | Dividend | K | T | | | | | |
| 71. First Sentry Bank, 1.8%, C,D 01/22/13 | A | Interest | K | T | | | | | |
| 72. Amer. Express Centurion Bk., 1.35%, CD, 02/03/12 | A | Interest | L | T | | | | | |
| 73. Alcoa Inc., 5.375%, bond, 01/15/13 | B | Interest | | | Sold | 04/21/11 | L | B | |
| 74. Hospitality Prop. Trust, 6.85%, Sr. Note, 07/15/12 | B | Interest | K | T | | | | | |
| 75. Altria Group Inc., common | B | Dividend | K | T | | | | | |
| 76. Health Care REIT, Pfd. F | A | Dividend | | | Sold | 08/05/11 | K | | |
| 77. Regions Financial Corp., 4.875%, Sr. Note, 04/26/13 | B | Interest | K | T | | | | | |
| 78. Morgan Stanley Med. Term Note, 4.2%, 04/26/13 | B | Interest | M | T | | | | | |
| 79. LTC Properties Inc., common | A | Dividend | | | Sold | 08/05/11 | K | | |
| 80. Dow Chemical Co., internotes, 3.3%, 09/15/15 | A | Interest | K | T | | | | | |
| 81. Dow Chemical co., internotes, 4.1%, 09/15/17 | A | Interest | K | T | | | | | |
| 82. Morgan Stanley Dean Witt., Sr. Note, 4.0%, 09/22/20 | A | Interest | M | T | | | | | |
| 83. Nisource, Inc., common | B | Dividend | K | T | Buy | 01/31/11 | K | | |
| 84. American Elec. Power Co., Inc., common | A | Dividend | K | T | Buy | 04/26/11 | K | | |
| 85. Excelon Corp., common | B | Dividend | K | T | Buy | 04/26/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Bennett, Thomas B. | 05/03/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. First Energy Corp., common | A | Dividend | | | Buy | 04/26/11 | K | | |
| 87. | | | | | Sold | 08/05/11 | K | A | |
| 88. EQT Class Action Settlement | A | Distribution | | | Distributed | 01/31/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bennett, Thomas B. | 05/03/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1 to Part VII, Investments and Trusts: This is a money market account with respect to which there were various deposits and withdrawals. The money market fund investments are not under the control of the owner(s) and/or beneficiary(ies). Also, all deposits and withdrawals are reflected on lines 7 through 46 of Part VII and were composed of dividends, interest, sales proceeds, redemption proceeds, call proceeds, purchases, and distributions to Judge as described on the referenced lines of Part VII.

Note 2 to Part VII, Investments and Trusts. This is a money market account with respect to which there were various deposits and withdrawals. The money market fund investments are not under the control of the owner(s) and/or beneficiary(ies). Also, all deposits and withdrawals are reflected on lines 49 through 88 of Part VII and line 1 of Part III A and were composed of dividends, interest, sale proceeds, redemption proceeds, call proceeds, purchases and distributions to the income beneficiary as described on lines 48 through 88 of Part VII along with the Trustee payment referenced on line 1 of Part III A and on line 54 of Part VII..

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas B. Bennett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544